FILED

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0611

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0611

TERRY WALLACE,

Plaintiff and Appellant,

v.

LAW OFFICE OF BRUCE SPENCER, PLLC,
LPH, INC, a Montana Corporation, GEISZLER
STEELE, PC, and John Does 1-5,

Defendants and Appellees.

FILED

JAN 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Terry Wallace has filed an Appellant's M.R.App.P. 7(4)(g) Affidavit stating that he is unable to afford appellate mediation.

IT IS HEREBY ORDERED that this matter shall proceed without mediation.

The Clerk is directed to provide copies of this Order to Terry Wallace and to all counsel of record.

DATED this 12 day of January, 2021.

For the Court,

By _____
Chief Justice